LEW MAUSER, Respondent, *v.* FRIESCO REALTY CORPORATION, Appellant.

(Submitted May 18, 1931; decided May 22, 1931.)

*Edward A. Sargoy* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.